

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the order of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Buchwald's Opinion and Order dated April 24, 2001.

We have considered all of petitioner's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.

## In re Lawrence KASSOVER, Debtor.

### Patricia Meehan Kassover, Plaintiff–Appellant,

v.

### R. Peyton Gibson, Trustee–Appellee.

### Docket No. 01–5049.

United States Court of Appeals, Second Circuit.

March 4, 2002.

Patrick J. Murphy, N.Y., NY, for Appellant.

Edward Bloomberg, Phillips Lytle Hitchcock Blaine & Huber, N.Y., NY, for Appellee.

Present KEARSE, JACOBS, Circuit Judges, and JONES, District Judge *.

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was argued by counsel.

---

\* Honorable Barbara S. Jones, of the United States District Court for the Southern District